IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. __24-_____ |
| v. | : | DATE FILED: **April 8, 2024** |
| ANTHONY LOMBARDO | : | VIOLATION: |
| | : | 18 U.S.C. § 111(a)(1),(b) (assault on a federal officer – 1 count) |

### INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about January 17, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANTHONY LOMBARDO**

knowingly forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with L.J., an officer and employee of the United States Government who was serving as a Court Security Officer employed by the United States Marshals Service, outside the James A. Byrne U.S. Courthouse, while L.J. was engaged in the performance of his official duties, and defendant did so while using a deadly and dangerous weapon, namely, a large kitchen knife.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

_____
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. _____

**UNITED STATES DISTRICT COURT**

*Eastern District of Pennsylvania*

*<u>Criminal Division</u>*

THE UNITED STATES OF AMERICA

vs.

ANTHONY LOMBARDO

INFORMATION

Counts

18 U.S.C. § 111(a), (b)
(assault on a federal officer – 1 count)

_____
*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____