IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DATE**: July 10, 2024

UNITED STATES OF AMERICA

: CRIMINAL ACTION

v. :

**ANTHONY LOMBARDO** : NO. 24-142
USM #40431-510
FDC Philadelphia

## NOTICE OF HEARING

 **TAKE NOTICE** that the defendant is **RESCHEDULED** for **SENTENCING on October 3, 2024**, at **11:00 a.m.**, before the **Honorable Nitza I. Quiñones Alejandro** in **Courtroom 8-B, 8th Floor** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
☒ **Hearing RESCHEDULED from:**  **August 19, 2024**

For additional information, please contact the undersigned.

By:     /s/ R. Burton Hoop
         Deputy clerk for Judge Quiñones
         Phone: 267  299-7467

cc via U.S. Mail:     Defendant
cc via email:         Elizabeth Toplin, Esquire
                      Kathleen Gaughan, Esquire
                      Justin T. Ashenfelter, AUSA
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator