IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE: September 30, 2024 |
|  | : | CRIMINAL ACTION |
| v. | : |  |
| **ANTHONY LOMBARDO** | : | NO. 24-142 |
| USM #40431-510 |  |  |
| FDC Philadelphia |  |  |

## NOTICE OF HEARING

**TAKE NOTICE** that the defendant is **RESCHEDULED** for **SENTENCING on November 14, 2024**, at **10:00 a.m.**, before the **Honorable Nitza I. Quiñones Alejandro** in **Courtroom 8-B, 8th Floor** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
☒ **Hearing RESCHEDULED from:** **October 3, 2024**

For additional information, please contact the undersigned.

By:  /s/ R. Burton Hoop
     Deputy clerk for Judge Quiñones
     Phone: 267 299-7467

cc via U.S. Mail:   Defendant
cc via email:       Elizabeth Toplin, Esquire
                    Kathleen Gaughan, Esquire
                    Justin T. Ashenfelter, AUSA
                    U.S. Marshal
                    Court Security
                    Michael Lott, USPO
                    Pretrial Services
                    Interpreter Coordinator